David S. Richman, Esq. (State Bar No. 94325)
drichman@sortm.com
Patricia S. Riordan, Esq. (State Bar No. 187418)
priordan@sortm.com
STEPHAN, ORINGHER, RICHMAN,
THEODORA & MILLER, P.C.
2029 Century Park East, Sixth Floor
Los Angeles, California 90067-2907
Telephone: (310) 557-2009
Telecopier: (310) 551-0283

Matthew C. Wagner, Esq.
mwagner@collenlaw.com
Collen IP
80 South Highland Avenue
Ossining, New York 10562
Telephone: (914) 941-5668
Telecopier: (914) 941-6091

Attorneys for Defendant Dexxon Digital
Storage, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| INTUIT INC., a Delaware Corporation, | Case No. C06-07830 JCS |
| Plaintiff, | Magistrate Judge Joseph C. Spero, Ctrm. A |
| vs. | |
| DEXXON DIGITAL STORAGE, INC., a Delaware Corporation, | **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| Defendant. | Date Action Filed: December 21, 2006<br>Discovery Cutoff: None<br>Motion Cutoff: None<br>Trial Date: None |

## STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiff Intuit Inc. and Defendant Dexxon Digital Storage, Inc. ("Defendant"), through their attorneys of record, that the time for Defendant to respond to the Complaint has been extended from January 11, 2007, to February 1, 2007. This is the first extension granted to Defendant. Good cause exists for the extension because Defendant has represented

to Plaintiff that additional time is needed to finish the retention of counsel and to start gathering the information required to respond to the Complaint.

DATED: January 10, 2007      FENWICK & WEST LLP

By: _____
Rodger R. Cole
Attorneys for Plaintiff Intuit Inc.

DATED: January 16, 2007      COLLEN IP
STEPHAN, ORINGHER, RICHMAN,
THEODORA & MILLER, P.C.

By: _____
David S. Richman
Attorneys for Defendant Dexxon Digital Storage, Inc.

Dated: January 16, 2007

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Joseph C. Spero]

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 2029 Century Park East, Sixth Floor, Los Angeles, California 90067-2907.

On January 10, 2007, I served the following document(s) described as **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

### SEE ATTACHED LIST

**BY MAIL:** I am "readily familiar" with Stephan, Oringher, Richman, Theodora & Miller's practice for collecting and processing correspondence for mailing with the United States Postal Service. Under that practice, it would be deposited with the United States Postal Service that same day in the ordinary course of business. Such envelope(s) were placed for collection and mailing with postage thereon fully prepaid at Los Angeles, California, on that same day following ordinary business practices.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 10, 2007, at Los Angeles, California.

_____
ALICE S. MOCK

**SERVICE LIST**
*Intuit Inc. v. Dexxon Digital Storage, Inc.*

**Case No. USDC Case No. C06-07830 JCS**
(Northern District – San Francisco Division)

Rodger R. Cole, Esq.  
Rachael G. Samberg, Esq.  
Mary E. Milionis, Esq.  
Fenwick & West LLP  
Silicon Valley Center  
801 California Street  
Mountain View, CA 94041  
Telephone: (650) 988-8500  
Facsimile: (650) 938-5200  
rcole@fenwick.com  
rsamberg@fenwick.com  
mmilionis@fenwick.com  

Attorneys for Plaintiff  
*Intuit Inc.*

STEPHAN, ORINGHER, RICHMAN, THEODORA & MILLER, P.C.