1  RODGER R. COLE (CSB No. 178865)
   rcole@fenwick.com
2  MARY E. MILIONIS (CSB No. 238827)
   mmilionis@fenwick.com
3  FENWICK & WEST LLP
   Silicon Valley Center
4  801 California Street
   Mountain View, CA 94041
5  Telephone:    (650) 988-8500
   Facsimile:    (650) 938-5200
6
   RACHAEL G. SAMBERG (CSB No. 223694)
7  rsamberg@fenwick.com
   FENWICK & WEST LLP
8  555 California Street, 12th Floor
   San Francisco, CA 94104
9  Telephone:    (415) 875-2300
   Facsimile:    (415) 281-1350
10
   Attorneys for Plaintiff
11 INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Intuit Inc., | Case No. C06 07830 SBA |
|---|---|
| Plaintiff, | **PARTIES' STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
| v. | |
| Dexxon Digital Storage, Inc., a Delaware Corporation, | |
| Defendant. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5: The parties agree to participate in mediation, and are discussing Court-appointed and private processes.

The parties agree to hold the ADR session by the presumptive deadline.

PARTIES' STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. C06 07830 SBA

| | | |
|---|---|---|
| Dated: March 9, 2007 | | FENWICK & WEST LLP |

By: /S/ Rachael G. Samberg
        Rachael G. Samberg

Attorneys for Plaintiff
INTUIT INC.

Dated: March 9, 2007                        COLLEN IP

By: /S/ Thomas P. Gulick
        Thomas P. Guilic

Attorneys for Defendant
Dexxon Digital Storage, Inc.

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Rachael G. Samberg, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/S/) within this e-filed document.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 9th day of March, 2007 at San Francisco, California.

Dated: March 9, 2007                        FENWICK & WEST LLP

By: /S/ RACHAEL G. SAMBERG
      Rachael Samberg

Attorneys for Plaintiff
INTUIT INC.

PARTIES' STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
CASE NO. C06 07830 SBA

**XX[PROPOSED] ORDER]**

Pursuant to the Stipulation above, the captioned matter is hereby referred to: __MEDIATION__ .

The deadline for ADR session is __AUGUST 1, 2007__ .

IT IS SO ORDERED.

Dated: __4/13/07__                    __/s/ Saundra B Armstrong__

Honorable Saundra Brown Armstrong