RODGER R. COLE (CSB No. 178865)
rcole@fenwick.com
MARY E. MILIONIS (CSB No. 238827)
mmilionis@fenwick.com
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Telephone: (650) 988-8500
Facsimile: (650) 938-5200

RACHAEL G. SAMBERG (CSB No. 223694)
rsamberg@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: (415) 875-2300
Facsimile: (415) 281-1350

Attorneys for Plaintiff
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Intuit Inc.,<br><br>Plaintiff,<br><br>v.<br><br>Dexxon Digital Storage, Inc., a Delaware Corporation,<br><br>Defendant. | Case No. C06 07830 SBA<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>**[FED. R. CIV. P. 41(A)(1)]** |

Pursuant to the Parties' settlement agreement, Intuit Inc., on the one hand, and Dexxon Digital Storage, Inc., on the other, by and through their respective counsel, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1) that all claims in this action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

/// ///

/// ///

STIPULATION AND [ PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE
CASE NO. C06 07830 SBA

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: May 30, 2007 | FENWICK & WEST LLP |
| 3 | | |
| 4 | | By: *Rachael Samberg* |
| | | Rachael G. Samberg |
| 5 | | Attorneys for Plaintiff |
| 6 | | INTUIT INC. |
| 7 | Dated: May 30, 2007 | COLLEN IP |
| 8 | | |
| 9 | | By: *Thomas P Gulick* |
| | | Thomas P. Gulick |
| 10 | | Attorneys for Defendant |
| 11 | | Dexxon Digital Storage, Inc. |

[PROPOSED] ORDER DISMISSING COMPLAINT WITH PREJUDICE

The parties having so stipulated, IT IS ORDERED that all claims in the action are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: 6/1/07   *Saundra B Armstrong*

Honorable Saundra Brown Armstrong

16319/40027/SF/5201260.1